**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE BARKET, | ) |
|       Plaintiff, | ) Case No. 2:12-cv-00393-JCM-GWF |
| vs. | ) **ORDER** |
| TOM CLARK aka TOM CLARKE, | ) |
|       Defendant. | ) |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Stipulation and Order for Limited Extension of Discovery (#25) filed January 11, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 7, 2013. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

    1.    Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than March 22, 2013. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 12th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge